## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Salim Makhoul aka Saleem Makhoul<br>Katia Y. Makhoul aka Katia Y. Chehade<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 14-19890 AMC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of LoanCare, LLC and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322