Certificate Number: 01401-PAE-DE-033563291

Bankruptcy Case Number: 14-19890



01401-PAE-DE-033563291

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2019, at 5:23 o'clock PM EDT, Saleem Makhoul completed a course on personal financial management given by telephone by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 16, 2019         By:    /s/Jeremy Lark for David Delis

Name: David Delis

Title: Counselor

Certificate Number: 01401-PAE-DE-033558115

Bankruptcy Case Number: 14-19890



01401-PAE-DE-033558115

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2019, at 6:50 o'clock PM EDT, Katia Y Makhoul completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 15, 2019        By:    /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager