```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 14-19890-amc
Salim Makhoul                                                   Chapter 13
Katia Y. Makhoul
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore              Page 1 of 2                   Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +Salim Makhoul,    Katia Y. Makhoul,    3129 Jenkintown Road,    Glenside, PA 19038-1310
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
13442453       +Benjamin Foods, LLC,    1001S. York Road,    Attn: Bankruptcy Dept.,    Hatboro, PA 19040-4035
13498885       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13442455       +Citibank Centralized Bankruptcy,    P.O. BOX 20507,    Attn: Bankruptcy Dept.,
                 Kansas City, MO 64195-0507
13442456       +East Cedarbrook Plaza, LLC,    370 Seventh Ave., Suite 1600,    Attn: Bankruptcy Dept.,
                 New York, NY 10001-3976
13442457       +Eli S. Levine, Esquire,    Sirlin Lesser & Benson, P.C.,    123 South Broad St., Suite 2100,
                 Philadelphia, PA 19109-1042
14351270       +LoanCare, LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13442460       +Neil I. Mittin, Esquire,    1731 Spring Garden St.,    Philadelphia, PA 19130-3915
13442461        Pennsylvania Dept. of Labor & Industry,    100 Lackawanna ave.,    P.O. BOX 5100,
                 Scranton, PA 18505-5100
13442462       +Peter E. Meltzer, Esquire,    Weber Gallagher Simpson, et al,    2000 Market St., 13th Floor,
                 Philadelphia, PA 19103-3297
13442464       +U.S. Foods,    9399 W. Higgins Road, Suite 500,    Attn: Bankruptcy Dept.,
                 Des Plaines, IL 60018-4992

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13442452       +E-mail/Text: wendy@barnellinc.com Apr 17 2020 05:00:32     Barnell, Inc.,    5101 Comly St.,
                 Attn: Bankruptcy Dept.,    Philadelphia, PA 19135-4317
13442454        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2020 05:04:51      Capital One,
                 P.O. BOX 85015,    Attn: Bankruptcy Dept.,    Richmond, VA 23285-5015
13442458        E-mail/Text: fnb.bk@fnfg.com Apr 17 2020 05:00:32     First Niagara Bank, N.A.,    P.O. BOX 28,
                 Attn: Bankruptcy Dept.,    Buffalo, NY 14240-0028
13539837        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:17
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13442465       +E-mail/Text: bnc@alltran.com Apr 17 2020 04:59:27     United Recovery Systems,
                 5800 N. Course Drive,    Attn: Bankruptcy Dept.,    Houston, TX 77072-1613
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr*            +EAST CEDARBROOK PLAZA, LLC,    370 Seventh Avenue, Suite 1600,    Attn: Bankruptcy Department,
                 New York, NY 10001-3976
13442459      ##+Giannascoli & Kent, P.C.,    93 W. Devon Drive, Suite 102,    Exton, PA 19341-3008
13442463       ##Residential Credit Solutions, Inc.,    P.O. BOX 163229,    Attn: Bankruptcy Dept.,
                 Fort Worth, TX 76161-3229
                                                                                  TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                   Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              MICHAEL A. LATZES    on behalf of Joint Debtor Katia Y. Makhoul efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Debtor Salim  Makhoul efiling@mlatzes-law.com
              PETER E. MELTZER    on behalf of Creditor    EAST CEDARBROOK PLAZA, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LoanCare, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Salim Makhoul and Katia Y. Makhoul

      Debtor(s)                                                                Bankruptcy No: 14−19890−amc

                                                                               Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                    900 Market Street
                                        Suite 400
                                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                For The Court
                                                                   Timothy B. McGrath
                                                                     Clerk of Court

Dated: 4/16/20

                                                                                                                      59 − 58
                                                                                         Form 138_new