United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Salim Makhoul  
Katia Y. Makhoul  
    Debtors

Case No. 14-19890-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jun 05, 2020  
                       Form ID: 195      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.  
db/jdb      +Salim Makhoul,   Katia Y. Makhoul,   3129 Jenkintown Road,   Glenside, PA 19038-1310  
cr      +DITECH FINANCIAL LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883  
cr      +EAST CEDARBROOK PLAZA, LLC,   370 Seventh Avenue, Suite 1600,   Attn: Bankruptcy Department,   New York, NY 10001-3976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*     +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883  
                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:  
       MICHAEL A. LATZES    on behalf of Joint Debtor Katia Y. Makhoul efiling@mlatzes-law.com  
       MICHAEL A. LATZES    on behalf of Debtor Salim Makhoul efiling@mlatzes-law.com  
       PETER E. MELTZER    on behalf of Creditor   EAST CEDARBROOK PLAZA, LLC pmeltzer@wglaw.com, ibernatski@wglaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor   LoanCare, LLC bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                     TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Salim Makhoul and Katia Y. Makhoul : Case No. 14–19890–amc
    Debtor(s)

### ORDER
_____

AND NOW, this day , June 5, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court